| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Monica Renee Myers** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8710** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** <br> Case number:   **18–36161–KLP** | Date case filed for chapter  **7**   **12/6/18** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Monica Renee Myers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 749 <br> Bowling Green, VA 22427 | |
| 4. | **Debtor's attorney** <br> Name and address | Dale E. Adams <br> Dale E. Adams, Attorney <br> 1301 Princess Anne St <br> Fredericksburg, VA 22401 | Contact phone (540) 371–5101 <br> Email: deadamslaw@hotmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Bruce E. Robinson <br> P.O. Box 538 <br> 415 E. Atlantic Street <br> South Hill, VA 23970–0538 | Contact phone (434) 447–7922 <br> Email:  bruce.robinsontr@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. | **Bankruptcy clerk's office** | 701 East Broad Street<br>Richmond, VA 23219 | **For the Court:** |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 7, 2018 |
| | **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | | |
| 7. | **Meeting of creditors** | **January 15, 2019 at 10:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: March 18, 2019** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                                United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                       Case No. 18-36161-KLP
Monica Renee Myers                                                           Chapter 7
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0422-7           User: baumgartn              Page 1 of 2                  Date Rcvd: Dec 07, 2018
                               Form ID: 309A                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db             +Monica Renee Myers,    P.O. Box 749,    Bowling Green, VA 22427-0749
14636905       +& Farnham, LLP,    235 Peachtree St. NE,    Suite 1900,    Atlanta, GA 30303-1417
14636907       +Aspen National Collections,    PO Box 10689,    Brooksville, FL 34603-0689
14636909       +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
14636910       +Berkley Vacation Resorts,    2626 E. Oakland Park Blvd.,    Fort Lauderdale, FL 33306-1668
14636911        Brookwood Loans,    Of Virginia, Llc,    Alpharetta, GA 30005-0000
14636913        Cash 2 U,    5151 Plank Road,    Fredericksburg, VA 22407-0000
14636915       +Central Credit Services,    PO Box 390916,    Minneapolis, MN 55439-0911
14636918       +Info 24/7,    100 Oceanside Dr.,    Nashville, TN 37204-2351
14636921       +Loan Smith,    621 Medicine Way Ste. 2,    Ukiah, CA 95482-8136
14636924       +Radius,    PO Box 390846,    Minneapolis, MN 55439-0846
14636925       +Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
14636928       +Title Max,    3405 Plank Road,    Fredericksburg, VA 22407-4959
14638182       +US Attorney,    Suntrust Building,    919 East Main Street, Suite 1900,    Richmond, VA 23219-4622
14636929       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
14636923       +nhcash.com, LLC,    169 South River Road,    Suite 19,    Bedford, NH 03110-6934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: deadamslaw@hotmail.com Dec 08 2018 03:48:55      Dale E. Adams,
                 Dale E. Adams, Attorney,    1301 Princess Anne St,    Fredericksburg, VA   22401
tr             +E-mail/Text: brobinson@iq7technology.com Dec 08 2018 03:51:11      Bruce E. Robinson,
                 P.O. Box 538,    415 E. Atlantic Street,    South Hill, VA 23970-2701
14636906       +Fax: 864-336-7400 Dec 08 2018 05:19:11      Advance America,    3940 Plank Rd Ste X,
                 Fredericksburg, VA 22407-6874
14636908       +E-mail/Text: bk@avant.com Dec 08 2018 03:50:56      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                 Chicago, IL 60691-3380
14636912       +EDI: CAPITALONE.COM Dec 08 2018 08:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14636914       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Dec 08 2018 03:49:13      Cashnet USA,
                 175 West Jackson, Ste. 1000,    Chicago, IL 60604-2863
14636917       +EDI: AMINFOFP.COM Dec 08 2018 08:33:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
14636919       +EDI: CBSKOHLS.COM Dec 08 2018 08:33:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14636920       +E-mail/Text: bankruptcy@moneylion.com Dec 08 2018 03:50:59      Lion Loans,    PO Box 1547,
                 Sandy, UT 84091-1547
14636922       +E-mail/Text: electronicbkydocs@nelnet.net Dec 08 2018 03:49:50      Nelnet Loans,    Attn: Claims,
                 Po Box 82505,    Lincoln, NE 68501-2505
14636904       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Dec 08 2018 03:49:41      Office of the US Trustee,
                 600 East Main St, Ste 301,    Richmond, VA 23219-2430
14636926       +E-mail/Text: bankruptcy@speedyinc.com Dec 08 2018 03:49:26      Speedy Cash,    PO Box 101928,
                 Birmingham, AL 35210-6928
14636927       +EDI: RMSC.COM Dec 08 2018 08:34:00      Synchrony Bank/ Old Navy,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14636930        EDI: WFFC.COM Dec 08 2018 08:34:00      Wells Fargo,    Bankruptcy Department,    PO Box 7648,
                 Boise, ID 83707-1648
14636931       +E-mail/Text: admin@rosebudlending.com Dec 08 2018 03:51:08      Zoca Loans,    PO Box 1147,
                 Mission, SD 57555-1147
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14636916    ##+Check Into Cash,    2225 Plank Road,    Fredericksburg, VA 22401-5226
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0422-7          User: baumgartn          Page 2 of 2          Date Rcvd: Dec 07, 2018
                              Form ID: 309A            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
               therese.rogerstra@gmail.com;brobinson@IQ7Technology.com;brobinson@ecf.epiqsystems.com
              Dale E. Adams     on behalf of Debtor Monica Renee Myers deadamslaw@hotmail.com,
               dalecourtstuff@gmail.com;r40244@notify.bestcase.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```